## CONSENT TO SUE UNDER
## FEDERAL FAIR LABOR STANDARDS ACT

I am an employee currently or formerly employed by 230 FIFTH AVENUE and STEVEN GREENBERG. I consent to be a plaintiff in an action to collect unpaid wages. I agree that I am bound by the terms of the Professional Services Agreement signed by the named plaintiffs in this case.

_Julianne Gragosian_
Full Legal Name (Print)

_Julianne P. Gragosian_
Signature

_8/12/08_
Date