## CONSENT TO SUE UNDER
## FEDERAL FAIR LABOR STANDARDS ACT

I am an employee currently or formerly employed by 230 FIFTH AVENUE and STEVEN GREENBERG. I consent to be a plaintiff in an action to collect unpaid wages. I agree that I am bound by the terms of the Professional Services Agreement signed by the named plaintiffs in this case.


*Aimee Gonzalez*
Full Legal Name (Print)

*Aimee Gonzalez*
Signature

*8/28/08*
Date