## UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JESSICA (JESSIE) LLONCH on behalf of herself and others similarly situated,<br><br>Plaintiff<br>v.<br><br>230 FA LLC, d/b/a 230 FIFTH AVENUE and STEVEN GREENBERG,<br><br>Defendant(s) | Case No.: 08 CIV 7040<br>Filing Date:    08-07-2008 |

### AFFIDAVIT OF SERVICE

STATE OF New York: COUNTY OF Kings    ss:

I, Loai F. Sarsour, being duly sworn deposes and says deponent is not a party to this action, I am over the age of eighteen years and reside in the state of New York. That on August 26, 2008 at 2:15 PM at 230 Fifth Avenue, 20th Floor, New York, NY, receipients business office deponent served the within SUMMONS & CoMPLAINT on 230 FA LLC, d/b/a 230 FIFITH AVENUE therein named.

CORPORATION: a corporation by delivering thereat a true copy of each to Menor Fretre personally, deponent knew said corporation so served to be the corporation described in legal papers and knew said individual to be the Administrative Assistant authorized agent thereof.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: Female    Race/Skin: Tanned    Hair: Black    Age: 35    Height: 5'-1"    Weight: 140

COMMENTS:
I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

Loai F. Sarsour, Lic #1133309
JOSEPH & HERZFELD, LLP Attorneys at Law
757 Third Avenue, 25th Floor
New York, NY 10017
(212) 688-5640

Executed on: 8-29-08

Subscribed and sworn to before me, a notary public, on this 29th day of August, 2008.

Notary Public                 My Commission Expires:

MARIA L. BASS
Notary Public, State of New York
No. 01BA6107290
Qualified in Kings County
Commission Expires March 22, 2011

ID: 08-008632                                                                 Client Reference: Llonch v 230